IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LUTHER LEWIS**                                                                                           **PLAINTIFF**

v.                                    Case No: 4:20-cv-00366-KGB

**MICHAEL T. JONES, Officer,**
**Conway Police Department,** *et al.*                                                          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the Court dismisses plaintiff Luther Lewis's complaint (Dkt. Nos. 2, 3, 33, 72). Consistent with the terms of the Order, Mr. Lewis's official capacity claims against defendants are dismissed without prejudice, and Mr. Lewis's individual capacity claims against defendants are dismissed with prejudice based on qualified immunity. The relief sought is denied.

So adjudged this 29th day of March, 2024.

_____
Kristine G. Baker
Chief United States District Court Judge